IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. FERKLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RCN CORPORATION and NCO | : | NO. 11-2686 |
| FINANCIAL SYSTEMS, INC. | : | |

## **ORDER**

AND NOW, this 13th day of September, 2011, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Plaintiff's Motion to Remand (ECF No. 4) is GRANTED. The Clerk shall close this case statistically.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-2686 Ferkler v. RCN\Ferkler v. RCN Order Mot Remand.wpd